# WILLIAM WARD

## *vs.*

## STATE OF MARYLAND.

Appeal from the Circuit Court for Washington County (WAGAMAN, J.).

Criminal proceeding against William Ward. From a judgment of conviction and sentence, defendant appeals. Affirmed.

The cause was argued, together with that next preceding and that next following, before BOYD, C. J., BRISCOE, THOMAS, PATTISON, URNER, STOCKBRIDGE, ADKINS, and OFFUTT, JJ.

*W. P. Wachter,* for the appellant.

*Alexander Armstrong, Attorney General,* with whom were *Lindsay C. Spencer, Assistant Attorney General,* and *D. Angle Wolfinger, State's Attorney for Washington County,* on the brief, for the State.

BOYD, C. J., delivered the opinion of the Court.

For reasons given in the opinion filed in the case of *Lloyd Reynolds* v. *State of Maryland (ante,* p. 637), this judgment will be affirmed.

*Judgment affirmed, the appellant to pay the costs.*